UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVIA A. STOIANOVA,<br><br>        Plaintiff,<br><br>v.<br><br>BAC HOME LOAN SERVICING, LP;<br>RECONTRUST COMPANY; and HSBC<br>BANK N.A.,<br><br>        Defendants. | 2:11-CV-01365-PMP-CWH<br><br>ORDER |

IT IS ORDERED that the Court will hold a hearing on the following motions on Tuesday, November 15, 2011 at 1:30 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101:

- Defendant BAC Home Loan Servicing, LP's Motion to Dismiss (Doc. #5)
- Plaintiff Silvia A. Stoianova's Motion to Remand (Doc. #9)
- Plaintiff Silvia A. Stoianova's Motion for Preliminary Injunction (Doc. #12)
- Plaintiff Silvia A. Stoianova's Motion to Set Aside Sale (Doc. #13)

IT IS FURTHER ORDERED that Plaintiff shall immediately notify Defendants of the hearing, and shall forthwith serve Defendant HSBC Bank N.A. with any documents that are presently on file in this action, together with a copy of this Order.

DATED: September 29, 2011

_____
PHILIP M. PRO
United States District Judge