J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Bank of America, N.A.
and ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVIA A. STOIANOVA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY; HSBC BANK, N.A., as Trustee for Normura Equity Loan Trust, 2005-FMI, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-01365-PMP-CWH<br><br>ORDER |

　　　　On August 31, 2011 Defendants, Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP ("BAC") and ReconTrust Company, N.A. (erroneously named in caption as Recontrust Company) ("ReconTrust") (collectively "Defendants") filed a Motion to Dismiss [#5]; on September 13, 2011, Plaintiff filed a Motion to Remand [#9]; and on September 28, 2011, Plaintiff filed a Motion for Preliminary Injunction [#12] and Motion to Set Aside Sale [#13].

　　　　A hearing was conducted before this Court on November 15, 2011.

　　　　THE COURT FINDS that Plaintiff failed to appear.

　　　　IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss [#5] is granted; and

　　　　IT IS FURTHER ORDERED that Plaintiff's Motion to Remand [#9], Motion for Preliminary Injunction [#12] and Motion to Set Aside Sale [#13] are denied; and

　　　　IT IS FURTHER ORDERED that the Notice of Pendency of Action (the "Lis Pendens") against the real property which was filed in the Eighth Judicial District Court of the State of

1  Nevada before the action was removed to this Court and recorded on or about July 11, 2011 in
2  Book 20110711 as Instrument No. 0001399 in the real property records of Clark County, Nevada.
3  is hereby cancelled, released, and expunged; and
4      IT IS FURTHER ORDERED, that Defendants record a properly certified copy of this
5  order in the real property records of Clark County, Nevada within a reasonable amount of time
6  from the date of this order's issue.

_____
U.S. DISTRICT COURT JUDGE
DATED: November 18, 2011.

Respectfully submitted by:

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants