UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVIA A. STOIANOVA, | 2:11-CV-01365-PMP-CWH |
| Plaintiff, | |
| v. | ORDER |
| BAC HOME LOAN SERVICING, LP, *et al.*, | |
| Defendants. | |

Having read and considered Plaintiff's Motion for District Judge to Reconsider Order (Doc. #24) and Motion for Leave to Amend Complaint (Doc. #25) filed December 2, 2011, and Defendants' Response in Opposition thereto (Doc. #26) filed December 19, 2011, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider Order (Doc. #24) and Motion for Leave to Amend Complaint (Doc. #25) are **DENIED**.

DATED: December 21, 2011.

_____
PHILIP M. PRO
United States District Judge